IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANNY TURNER,

    Petitioner,	JUDGMENT IN A CIVIL CASE

  v.	Case No.  14-cv-838-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent United States of America against Petitioner Danny Turner denying Petitioner's motion for post conviction relief under 28 U.S.C. § 2255.

| s/ J. Smith, Deputy Clerk | 3/26/15 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |