IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANNY TURNER,

            Petitioner,

v.

UNITED STATES OF AMERICA,

            Respondent.

ORDER

14-cv-838-bbc
08-cr-22-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner Danny Turner has moved pursuant to Fed. R. Civ. P. 59(e) to alter or amend the judgment entered in this case on March 26, 2015, denying his motion for post conviction relief.  Nothing in petitioner's motion to alter or amend convinces me that it was a mistake to deny his § 2255 motion or that the judgment should be vacated to give defendant an opportunity to re-argue his motion.

ORDER

IT IS ORDERED that petitioner Danny Turner's motion to alter or amend judgment under Fed. R. Civ. P. 59(e) is DENIED.

Entered this 28th day of April, 2015.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge